DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHARON BRIDGEWATER,**
Appellant,

v.

**JULIANNE MARTENSEN,**
Appellee.

No. 4D19-252

[November 14, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 312016CA000240.

Matthew M. Thomas and Christopher M. Rotunda of Graves Thomas Injury Law Group, Vero Beach, and Patrick M. Chidnese of Holland & Knight LLP, Tampa, for appellant.

Hinda Klein of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

TAYLOR, MAY and CONNER, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*